**A. Rosenfelt and B. Schnitzer, trading as California Bag & Metal Company, appellants, v. M. Muehlstein & Company, Inc., appellee. Gen. No. 33,826.**

▮▮▮▮▮▮▮ Heard in the third division of this court for the first district at the October term, 1929. ▮▮▮▮▮ Opinion filed December 10, 1930.

Scott, Bancroft, Martin & MacLeish, for appellants; Walter S. Underwood and Charles M. Price, of counsel. Philip A. Weinstein, for appellees.

Mr. Justice Hebel delivered the opinion of the court.